Jeffrey A. Rosenfeld (SBN 136896)
Jesse Steinbach (SBN 278923)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: 213-576-1000
Facsimile: 213-576-1100
E-mail: jeffrey.rosenfeld@alston.com
E-mail: jesse.steinbach@alston.com

Attorneys for Defendants
OpenGate Capital, LLC and Open Publishing, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINSA PORTAFOLIOS, S.A. DE C.V. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>OPENGATE CAPITAL, LLC *et al.*,<br><br>Defendants. | CASE NO. 2:17-cv-04360-RGK-E<br><br>*[Assigned to Hon. R. Gary Klausner]*<br><br>**STIPULATION EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING DATE**<br><br>*[Filed concurrently with [Proposed] Order]* |

Plaintiffs FINSA Portafolios, S.A. DE C.V. and FINSA CKD M Fideicomiso CIB/2017 (collectively, "Plaintiffs") and Defendants OpenGate Capital, LLC and Open Publishing, LLC (collectively, "Defendants"), through their respective counsel, hereby stipulate and agree to extend the briefing schedule and continue the hearing date on Plaintiffs' Motion for (1) Relief From Order Pursuant to Rule 60(a); and (2) Leave to File a First Amended Complaint Pursuant to Rule 15(a).

## RECITALS

WHEREAS, on or about January 20, 2020, Plaintiffs filed a Motion for (1) Relief From Order Pursuant to Rule 60(a); and (2) Leave to File a First Amended Complaint Pursuant to Rule 15(a) (the "Motion");

WHEREAS, the hearing date for Plaintiffs' Motion is currently set for February 18, 2020 at 9:00 a.m.;

WHEREAS, due to a trial in an unrelated matter, Defendants' counsel requested an extension as to the briefing schedule and a continuance of the hearing date on Plaintiffs' Motion; and

WHEREAS, in the spirit of good faith and cooperation, the parties have agreed to extend the briefing schedule and continue the hearing date on Plaintiffs' Motion.

## STIPULATION

THEREFORE, SUBJECT TO THE COURT'S APPROVAL, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The hearing date for Plaintiffs' Motion shall be continued to March 23, 2020, at 9:00 a.m., or the next available date thereafter that is convenient for the Court;

2. Defendants' deadline to file and serve their opposition papers shall be February 24, 2020; and

3. Plaintiffs' deadline to file and serve their reply papers shall be March 9, 2020.

IT IS SO STIPULATED.

Dated:  January 22, 2020                ALSTON & BIRD LLP

By: /s/ Jeffrey A. Rosenfeld
   JEFFREY A. ROSENFELD
   Attorneys for Defendants
   OpenGate Capital, LLC and Open
   Publishing, LLC


Dated:  January 22, 2020                SPERTUS, LANDES & UMHOFER, LLP

By: [signature]
   JAMES W. SPERTUS
   Attorneys for Plaintiffs
   FINSA Portafolios, S.A. DE C.V. and
   FINSA CKD M Fideicomiso CIB/2017


### CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)

Pursuant to Local Rule 5-4.3.4(a)(2), Defendants' counsel attests that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in the filing's content and have authorized the filing.

Dated:  January 22, 2020                ALSTON & BIRD LLP

By: /s/ Jeffrey A. Rosenfeld
   JEFFREY A. ROSENFELD
   Attorneys for Defendants
   OpenGate Capital, LLC and Open
   Publishing, LLC