1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINSA PORTAFOLIOS, S.A. DE C.V. *et al.*, | CASE NO.  2:17-cv-04360-RGK-E |
| Plaintiffs, | *[Assigned to Hon. R. Gary Klausner]* |
| v. | **[PROPOSED] ORDER APPROVING STIPULATION EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING DATE** |
| OPENGATE CAPITAL, LLC *et al.*, | |
| Defendants. | *[Filed concurrently with Stipulation]* |

1  Having reviewed the parties' Stipulation Extending Briefing Schedule and
2  Continuing Hearing Date (the "Stipulation"), the Court HEREBY ORDERS that the
3  parties' Stipulation is approved. IT IS HEREBY ORDERED THAT:
4  1. ~~The hearing date for Plaintiffs FINSA Portafolios, S.A. DE C.V. and~~
5  ~~FINSA CKD M Fideicomiso CIB/2017's (collectively, "Plaintiffs") Motion for (1)~~
6  ~~Relief From Order Pursuant to Rule 60(a); and (2) Leave to File a First Amended~~
7  ~~Complaint Pursuant to Rule 15(a) shall be continued to March 23, 2020, at 9:00 a.m.,~~
8  ~~or the next available date thereafter that is convenient for the Court;~~
9  2. ~~Defendants OpenGate Capital, LLC and Open Publishing, LLC's deadline~~
10 ~~to file and serve their opposition papers shall be February 24, 2020; and~~
11 3. ~~Plaintiffs' deadline to file and serve their reply papers shall be March 9,~~
12 ~~2020~~.

THE STIPULATION IS DENIED.

IT IS SO ORDERED.

Dated: January 25, 2020

*Gary Klausner*

Hon. R. Gary Klausner
District Court Judge

---

1
[PROPOSED] ORDER APPROVING STIPULATION EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING DATE