# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 17-04360 SB (Ex) | Date: June 22, 2021 |

**Title:** *Finsa Portafolios, S.A. de C.V. et al v. OpenGate Capital, LLC et al*

**Present: The Honorable STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | Terri Hourigan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James W. Spertus | Jeffrey A. Rosenfeld |
| Hannah Alice Bogen | Jesse Steinbach |
| Kevin James Minnick | Sean R. Crain |

**Proceedings:** PRETRIAL CONFERENCE

Hearing held. Court and counsel confer regarding the choice of law issues.

1/43