JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINSA PORTAFOLIOS, S.A. DE C.V., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OPENGATE CAPITAL, LLC, et al.,<br><br>Defendants. | Case No. 2:17-cv-04360-SB-E<br><br>**FINAL JUDGMENT** |

For the reasons set forth in the separate Order on Summary Judgment entered this day, it is

ORDERED AND ADJUDGED that Plaintiffs Finsa Portafolios, S.A. de C.V. and FINSA CKD M Fideicomiso CIB 2017 shall take nothing on their claims against Defendants OpenGate Capital, LLC and Open Publishing, LLC, and Plaintiffs' claims are DISMISSED on the merits with prejudice.

This is a Final Judgment.

Dated: September 9, 2021

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1